**2002–2075.   Pahler v. Motorists Mut. Ins. Co.**
Stark App. No. 2002CA00022, 2002-Ohio-5762. Discretionary appeal allowed and cause held for the

decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Discretionary cross-appeal allowed and cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.